1 | LAWRENCE G. BROWN
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant United States Attorney
3 | 1130 O Street, Room 3654
Fresno, California 93721
4 | Telephone: (559) 498-7272

5 | DANIEL BRODERICK, Bar # 89424
Federal Defender
6 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
7 | 2300 Tulare Street, Suite 330
Fresno, California  93721-2226
8 | Telephone: (559) 487-5561

9 | Attorney for Defendant
BOBBY JOE THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00256 OWW |
|---|---|---|
| Plaintiff, | ) | ORDER RE COMPETENCY TO STAND TRIAL (18 U.S.C. § 4241(d)) |
| v. | ) | |
| BOBBY JOE THOMPSON, | ) | |
| Defendant. | ) | |

Based on the psychiatric examination and report of Dr. Laura Geiger, it appears pursuant to 18 U.S.C. §§ 4241(d) that there is reasonable cause to believe that Mr. Thompson is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Pursuant to 18 U.S.C. § 4241(d)(1), the court hereby commits the defendant to the custody of the Attorney General.  The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time,  not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

At the end of the four month period, the director of the facility will certify that Mr. Thompson has attained the capacity to permit the trial to proceed or that his condition has not so improved as to permit the trial to proceed pursuant to 18 U.S.C. § 4241, and the court shall hold a hearing pursuant to the provisions of 18 U.S.C. § 4247 (d).  All time will be excluded in computing the time within which the trial of Defendant's current offense must commence pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(4).

**Status Conference November 9, 2009 before Judge Wanger is VACATED.**

**Matter is set for Hearing pursuant to provisions of 18 U.S.C. § 4247 (d):**
**April 5, 2010 at 9:00AM in Courtroom 3,  before  Judge Wanger.**

IT IS SO ORDERED.

Dated:   November 5, 2009                         /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE