UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-cr-0256 OWW |
| | ) | |
| Plaintiff, | ) | ORDER FOR PSYCHIATRIC |
| | ) | EXAMINATION TO DETERMINE |
| v. | ) | COMPETENCY |
| | ) | |
| BOBBY JOE THOMPSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based on the psychiatric examination and report of Dr. Laura Geiger filed under seal on November 4, 2009, it appears pursuant to 18 U.S.C. § 4241(d) that there is reasonable cause to believe that Mr. Thompson is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Pursuant to 18 U.S.C. § 4241(d)(1), the Court hereby commits the Defendant to the custody of the Attorney General.  The Attorney General shall hospitalize the Defendant immediately upon receipt of this Order, for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial

probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

At the end of the four month period, the director of the facility will certify that Mr. Thompson has attained the capacity to permit the trial to proceed or that his condition has not so improved as to permit the trial to proceed pursuant to 18 U.S.C. § 4241, and the Court has scheduled a hearing for September 20, 2010, at 9:00 a.m. in Courtroom 3 pursuant to the provisions of 18 U.S.C. § 4247(d).  All time from April 12, 2010, to September 20, 2010, will be excluded in computing the time within which the trial of Defendant's current offense must commence pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(4).

IT IS SO ORDERED.

Dated:   April 16, 2010                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE