DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BOBBY JOE THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> v. <br> BOBBY JOE THOMPSON, <br> *Defendant.* | No. 1:09-cr-0256 OWW <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING <br><br> DATE:  January 10, 2010 <br> TIME:  9:00 A.M. <br> JUDGE: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 15, 2010, **may be continued to January 10, 2010 at 9:00 A.M.**

This continuance is at the request of both counsel as currently Mr. Thompson is at FMC Butner under a 18 USC 4241(d) evaluation. After speaking with Dr. Williamson, who is currently treating Mr. Thompson, the parties expect to have the doctor's report shortly. However, both counsel would like additional time to evaluate the report and to try to reach a resolution on the case.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: November 9, 2010 | By: /s/ Yasin Mohammad<br>YASIN MOHAMMAD<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: November 9, 2010 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>BOBBY JOE THOMPSON |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 10, 2010**          /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE