FILED
MAY 6 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No CR-09-256-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| BOBBY JOE THOMPSON ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on MAY 6, 2013 TO (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 5-6-13

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1