FILED
NOV 26 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No CR-09-256-AWI |
| vs. | ) | ORDER OF RELEASE |
| BOBBY JOE THOMPSON | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on November 25, 2013 TO 5 MONTHS, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 11-26-13

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1